Bogotá, lunes 23 de octubre de 2023

F-OAP-018-CAR

Al contestar por favor cite estos datos:
Radicado No.: **2023-1670917-1**
Fecha: 23/10/2023 18:21:09 PM

Señor(a)
**SOCRATES GABRIEL BARROS FINCE**
Dirección: calle 8 no 15/70
Teléfono: - 3006552826
Uribia, La Guajira, 48

La UNIDAD PARA LAS VÍCTIMAS hace constar que, el día **lunes 23 de octubre de 2023**, el(la) señor(a) **SOCRATES GABRIEL BARROS FINCE**, identificado(a) con cédula de ciudadanía **84086706**, evidencia el siguiente reporte de estado y hecho(s) victimizante(s):

| DECLARACION/ RADICADO | ID | ESTADO VALORACION | HECHO(S) VICTIMIZANTES(S) | FECHA HECHO VICTIMIZANTE | DEPARTAMENTO | MUNICIPIO |
|---|---|---|---|---|---|---|
| 311287 | 311287(SIPOD) | Incluido | Desplazamiento Forzado | 19/04/2004 | La Guajira (44) | Uribia (44847) |
| 395945 | 395945(SIPOD) | Incluido | Desplazamiento Forzado | 14/07/2005 | La Guajira (44) | Uribia (44847) |

**ADVERTENCIA:** La presente constancia se expide a petición del(a) interesado(a), previa verificación de su identidad, respecto al estado de inscripción en el Registro Único de Víctimas, los hechos victimizantes por los cuales se incluyó, el lugar de ocurrencia de cada hecho y la fecha de su expedición. El presente documento es de carácter personal e intransferible.

Al respecto, es importante aclarar que de conformidad con el artículo 15 de la Constitución, toda la información relacionada con la Víctima y aquella relacionada con la solicitud de registro es de carácter RESERVADO, como se establece en el parágrafo 1° del artículo 156 de la Ley 1448 de 2011. En todo caso se deberá garantizar la confidencialidad, reserva y seguridad de la información.

De acuerdo con lo anterior y dadas las facultades legales descritas no se emitirán copias de este documento a ninguna otra entidad, ni persona natural o jurídica.

## LOS TRÁMITES Y SERVICIOS QUE OFRECE LA UNIDAD PARA LAS VÍCTIMAS SON GRATUITOS Y NO REQUIEREN DE INTERMEDIARIOS

**ANDREA NATHALIA ROMERO FIGUEROA**
**Directora de Registro y Gestión de la Información**
**Unidad para las Víctimas**

Dirección: Complejo logístico San Cayetano. Carrera 85D No. 46A-65, Bogotá - Colombia
Conmutador: Tel: +57 (601) 796 5150
Línea Gratuita: (+57) 01 8000 911119

Usr:[138908]

1