Documento firmado electrónicamente de acuerdo con la Ley 527 de 1999 y el Decreto 2364 de 2012

Bogotá, lunes 23 de octubre de 2023

Señor(a)
**SOCRATES GABRIEL BARROS FINCE**
Dirección: calle 8 no 15/70
Teléfono: - 3006552826
Uribia, La Guajira, 48

La UNIDAD PARA LAS VÍCTIMAS hace constar que, una vez consultado el Registro Único de Víctimas (RUV) el día **lunes 23 de octubre de 2023**, el(la) señor(a) **SOCRATES GABRIEL BARROS FINCE**, identificado(a) con cédula de ciudadanía **84086706**, evidencia el siguiente reporte de estado y hecho(s) victimizante(s):

| DECLARACION/ RADICADO | ID | ESTADO VALORACION | HECHO(S) VICTIMIZANTES(S) | FECHA HECHO VICTIMIZANTE | DEPARTAMENTO | MUNICIPIO |
|---|---|---|---|---|---|---|
| 311287 | 311287(SIPOD) | Incluido | Desplazamiento Forzado | 19/04/2004 | La Guajira (44) | Uribia (44847) |
| 395945 | 395945(SIPOD) | Incluido | Desplazamiento Forzado | 14/07/2005 | La Guajira (44) | Uribia (44847) |

**ADVERTENCIA**: Esta constancia se expide a petición del(a) interesado(a), previa verificación de su identidad, y da cuenta del estado de inscripción en el Registro Único de Víctimas, los hechos victimizantes por los que fue valorado y el lugar de ocurrencia de cada hecho, a la fecha de su expedición. El presente documento es de carácter personal e intransferible.

Al respecto, es preciso indicar que de conformidad con el artículo 15 de la Constitución, toda la información suministrada por la Víctima y aquella relacionada con la solicitud de registro es de carácter RESERVADO, según lo citado en el parágrafo 1° del artículo 156 de la Ley 1448 de 2011. En todo caso se deberá garantizar la confidencialidad, reserva y seguridad de la información.

De acuerdo con lo anterior y dadas las facultades legales descritas no se emitirán copias de este documento a ninguna otra entidad, ni persona natural o jurídica.

## LOS TRÁMITES Y SERVICIOS QUE OFRECE LA UNIDAD PARA LAS VÍCTIMAS SON GRATUITOS Y NO REQUIEREN DE INTERMEDIARIOS

_____
**ANDREA NATHALIA ROMERO FIGUEROA**
**Directora de Registro y Gestión de la Información**
**Unidad para las Víctimas**

Dirección: Complejo logístico San Cayetano. Carrera 85D No. 46A-65, Bogotá - Colombia
Conmutador: Tel: +57 (601) 796 5150
Línea Gratuita: (+57) 01 8000 911119

Usr:[138908]
1