UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITES STATES OF AMERICA,

    Plaintiff,

v.

SOCRATES BARROS-FINCE,

    Defendant.
_____/

CASE No. 8:19-CR-00041-SDM-LSG-1

## DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL

**COMES NOW** Defendant, **SOCRATES BARROS-FINCE**, by and through undersigned counsel and moves this Honorable Court to permit the substitution of the Law Office of **GEORGE J. VILA, P.A.**, 201 Alhambra Circle, Suite 702, Coral Gables, Florida 33134, as attorney of record for the Defendant herein place and instead of Mr. Manuel J. Retureta, Esq., and as grounds states as follows:

1. Defendant, **SOCRATES BARROS-FINCE**, is presently represented in this matter by Mr. Manuel J. Retureta, Esq.

2. Defendant, **SOCRATES BARROS-FINCE**, wishes to allow his present counsel to withdraw and be substituted by attorney **GEORGE J. VILA, ESQ.**

3. On December 13, 2024, the undersigned sent Mr. Retureta an email containing a draft of a joint stipulation of counsel for Mr. Retureta's review and signature. However, the undersigned's email went unanswered.

**WHEREFORE**, Defendant **SOCRATES BARROS-FINCE**, prays that this Honorable Court grant his motion to substitute counsel, allowing attorney George J. Vila, Esq., to enroll as

counsel for the Defendant, and allowing attorney Mr. Miguel Retureta, Esq., to withdraw as his counsel in this matter.

Respectfully submitted,

**George J. Vila, Esquire**
(Florida Bar No. 141704)
GEORGE J. VILA, P.A.
201 Alhambra Circle, Suite 702
Coral Gables, FL 33134
Tel: (305) 445-2540
Email: gvila@gjvpa.com
***By: /s/ George J. Vila***
GEORGE J. VILA, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was served by ECF, on this 16th day of December 2024, on all counsel or parties of record on the service list.

Respectfully Submitted,

***/s/ George J. Vila***
**George J. Vila, Esq.**